IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TURACH,

        Plaintiff,            No. CIV S-11-2271 GGH P

    vs.

JERRY BROWN, et al.,

        Defendants.       ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In her complaint, plaintiff alleges violations of her civil rights by defendants. The alleged violations took place in Madera County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.[1] See Local Rule 120(d).

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the

---

[1] Although plaintiff has additionally named Governor Jerry Brown, he appears to be a nominal defendant who is likely to be dismissed and against whom at least one of plaintiff's claims appears to be entirely frivolous.

1

1 | court. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's
2 | request to proceed in forma pauperis.
3 |         Good cause appearing, IT IS HEREBY ORDERED that:
4 |     1. This court has not ruled on plaintiff's request to proceed in forma pauperis;
5 |     2. This action is transferred to the United States District Court for the Eastern
6 | District of California sitting in Fresno; and
7 |     3. All future filings shall reference the new Fresno case number assigned and
8 | shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: September 1, 2011

          /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
tura2271.22